IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOYCE GILMORE, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
|    v. | )     2:14cv690-MHT |
| | )        (WO) |
| JRN, INC., | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the plaintiff's motion to dismiss (doc. no. 23) is granted, with leave to the defendant to file, within 14 days, a motion to have the dismissal set aside and the case reinstated should the defendant object to the dismissal.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of April, 2015.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE